UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JESSICA LOTTO,<br><br>Defendant | ) Criminal No.<br>)<br>) Violation:<br>)<br>) <u>Count One</u>: Acquiring a Controlled Substance<br>) by Fraud, Deception, and Subterfuge<br>) (21 U.S.C. § 843(a)(3))<br>)<br>) <u>Forfeiture Allegation</u><br>) (21 U.S.C. § 853) |

### INFORMATION

### COUNT ONE
Acquiring a Controlled Substance by Fraud, Deception, and Subterfuge
(21 U.S.C. § 843(a)(3))

The Acting United States Attorney charges:

On or about February 27, 2019, at Pittsfield, in the District of Massachusetts,

**JESSICA LOTTO**,

did knowingly and intentionally acquire and obtain fentanyl, a Schedule II controlled substance, by misrepresentation, fraud, deception, and subterfuge, namely, the defendant, while working as a nurse practitioner at Berkshire Medical Center, did divert fentanyl from IV lines attached to a patient in the Critical Care Unit, for her own use.

All in violation of Title 21, United States Code, Section 843(a)(3).

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1. Upon conviction the offense in violation of Title 21, United States Code, Section 843(a), set forth in Count One, the defendant,

**JESSICA LOTTO,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant –

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

Respectfully submitted,

NATHANIEL R. MENDELL
Acting United States Attorney

By: /s/ Michelle L. Dineen Jerrett
MICHELLE L. DINEEN JERRETT
Assistant United States Attorney

Dated: October 20, 2021